Dwayne L. ELSE, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 74401.

Missouri Court of Appeals,
Western District.

Dec. 26, 2012.

Alexa I. Pearson, Columbia, MO, for appellant.

Timothy A. Blackwell, Jefferson City, MO, for respondent.

Before Division Three: ALOK AHUJA, Presiding Judge, VICTOR C. HOWARD, Judge and CYNTHIA L. MARTIN, Judge.

## ORDER

PER CURIAM:

Dwayne Else appeals the denial of his Rule 24.035 motion after an evidentiary hearing. Else contends that the motion court erred in denying his motion because his plea counsel failed to file and litigate a motion to suppress a coerced confession. Else claims that plea counsel's failure to move to suppress his confession was unreasonable and prejudiced him by rendering his pleas involuntary. We affirm. Rule 84.16(b).

STATE of Missouri, Respondent,

v.

Jerome R. SCOTT, Appellant.

No. WD 74422.

Missouri Court of Appeals,
Western District.

Dec. 26, 2012.

Timothy A. Blackwell, Jefferson City, MO, for respondent.

Susan L. Hogan, Kansas City, MO, for appellant.

Before Division Three: ALOK AHUJA, Presiding Judge, VICTOR C. HOWARD, Judge and CYNTHIA L. MARTIN, Judge.

## ORDER

PER CURIAM:

Jerome Scott appeals from the trial court's judgment convicting him of one count of forgery after a jury trial. Scott claims that the trial court erred in entering its judgment because the State's evidence failed to prove beyond a reasonable doubt that Scott acted with the purpose to defraud Jack Martin when he signed the credit card receipt after using Martin's credit card. We affirm. Rule 30.25(b).